NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000163
30-JUL-2013
08:18 AM**

NO. CAAP-13-0000163

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAPITAL ONE BANK, Plaintiff-Appellee, v.
LARAE S. JACKSON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 11-1-2426)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On March 11, 2013, Defendant-Appellant LaRae S. Jackson (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed on May 10, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by May 20, 2013, and the opening brief was due by June 19, 2013;

(3) Appellant did not file either document;

(4) On July 2, 2013, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Rule 30 of the Hawaiʻi Rules of Appellate

Procedure, the matter would be called to the court's attention on July 12, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, July 30, 2013.

Chief Judge

Associate Judge

Associate Judge